PAUL CORSETTI *vs.* COMMONWEALTH.  October 15, 1980.  The Commonwealth has filed a motion to expand the record to include the fact that the grand jury with which we are concerned is no longer in service.  G. L. c. 277, § 1.  We allow the motion.  Thus the dispute between the parties as to whether Corsetti must appear before the grand jury to testify is moot.  See generally *Blake* v. *Massachusetts Parole Bd.*, 369 Mass. 701, 708 (1976).  The matter is to be remanded to the Superior Court for such further proceedings as now may be required.

*So ordered.*


*Thomas C. Troy (Michael Riley* with him) for the plaintiff.
*William L. Pardee*, Assistant District Attorney (*Edward Gargiulo* with him) for the Commonwealth.
*Gerald May, Sr.*, for The Hearst Corporation, amicus curiae, submitted a brief.